UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MARIANA LOPEZ,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 22CR1313-JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

　　　Pursuant to joint motion, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting presently scheduled for July 20, 2022 shall be continued to **September 16, 2022** at **1:30 p.m.**  Defendant shall file an acknowledgement of the new hearing date within one week of this order.  Time is excluded to 18 U.S.C. § 3161(h)(1)(D).

　　　IT IS SO ORDERED.

Dated:  July 13, 2022

　　　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

22CR1313-JLS